# ELECTRONIC RECORD

COA #   01-13-00775-CR          OFFENSE:   37.1(Tamp Gov't Records)

STYLE:   Raleigh Jordan v. The State of Texas          COUNTY:   Harris

COA DISPOSITION:   AFFIRM          TRIAL COURT:   209th District Court

DATE: 03/10/2015          Publish: NO   TC CASE #:   1329597

# IN THE COURT OF CRIMINAL APPEALS   356-15
357-15

STYLE:   Raleigh Jordan v. The State of Texas          CCA #:   _____

___APPELLANT'S___   Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:   _____

___REFUSED___          JUDGE:   _____

DATE: ___06/24/15___          SIGNED: _____          PC: _____

JUDGE: ___Per Curiam___          PUBLISH: _____          DNP: _____

- - - - - - - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD